Charles Andreae v. Otto Sonderegger.

**No. 13,676.**   (77 Pac. 1133.)

Error from Stafford district court; J. W. Brincker-
hoff, judge. Opinion filed June 11, 1904. Affirmed.

*D. A. Banta*, and *Paul R. Nagle*, for plaintiff in error.
*T. W. Moseley*, and *F. L. Martin*, for defendant in error

*Per Curiam:* The plaintiff in error struck the defend-
ant in error on the head with a piece of iron pipe, inflict-
ing injuries for which the latter recovered damages in the
sum of $2070.80. Many exceptions were taken to rulings
on the admission of testimony, but upon examining them
in detail we find no material error; nor do they justify ex-
tended comment. The charge of the court was full and fair,

and there was no error in the instructions given, nor in the refusal of instructions requested.   The evidence was sufficient to support the verdict, and it cannot be said that the damages awarded were so excessive as to indicate passion and prejudice.

The judgment is affirmed.